# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jernigan, Stacey G. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, NDTX | 3. Date of Report<br><br>05/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| 1100 Commerce St., Room 1254<br>Dallas, TX 75242 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▓▓ Trust #1 (trust created by settlor/▓▓▓▓ on 5/28/2015). |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Haynes and Boone, LLP Partners' Retirement Plan - Defined Benefit Pension Plan (vested pension benefit earned at former law firm; common fund - no control). |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jernigan, Stacey G.** | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Amazon Publishing, book royalties | $68.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Dallas Police Dept.-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for American and Internatinoal Law | February 5 through February 7 | New Orleans, Louisiana | Program Co-Chair Fifth Circuit Bankruptcy Bench Bar | Transportation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jernigan, Stacey G.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Mortgage | Mortgage loan on condominium acquired for _____ in Dallas, TX (Pt. VII, line 12) | K |
| 2. | DLUNST | College Tuition (Guaranty _____ Student Loan) | J |
| 3. | Sallie Mae | College Tuition (Guaranty _____ Student Loan) | K |
| 4. | Sallie Mae | College Tuition (Guaranty _____ Student Loan) | K |
| 5. | Sallie Mae | College Tuition (Guaranty _____ Student Loan) | K |
| 6. | Sallie Mae | College Tuition (Guaranty _____ Student Loan) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Accts | A | Interest | J | T | | | | | |
| 2. Bank of America Savings Acct | A | Interest | J | T | | | | | |
| 3. IRA - BOSC, Inc. a/k/a BOK Financial Securities | | | | | | | | | |
| 4. - Growth Fund of America | A | Int./Div. | M | T | | | | | |
| 5. - New Perspective Fund | A | Int./Div. | M | T | | | | | |
| 6. - Capital World Growth & Income Fund | B | Int./Div. | L | T | | | | | |
| 7. - Fundamental Investors Fund | B | Int./Div. | M | T | | | | | |
| 8. - Income Fund of America | C | Int./Div. | M | T | | | | | |
| 9. -Griffin Institutional Real Estate Fund | A | Int./Div. | K | T | | | | | |
| 10. -Pershing Gov't Acct | A | Interest | J | T | Distributed (part) | 01/30/20 | L | | |
| 11. [redacted] #1 (funds invested in Merrill Lynch accts ) | | | | | | | | | |
| 12. -Cash | | None | L | T | | | | | |
| 13. -CD | A | Interest | K | T | | | | | |
| 14. -Invesco | A | Int./Div. | J | T | | | | | |
| 15. -Pimco | A | Int./Div. | K | T | | | | | |
| 16. -Blackrock Eqty Dividend | A | Int./Div. | J | T | | | | | |
| 17. -Clearbridge Large Cap | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jernigan, Stacey G.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -ISH USD High Yield | A | Int./Div. | J | T | | | | | |
| 19.   -iShares Russell 1000 | A | Int./Div. | K | T | | | | | |
| 20.   -iShares US Treasury Bonds | A | Int./Div. | J | T | | | | | |
| 21.   -iShares Inc Core MSCI | A | Int./Div. | J | T | Buy | 01/16/20 | J | | |
| 22.   -iShares TR Core MSCI EAF | A | Int./Div. | K | T | | | | | |
| 23.   -MFS Value FD CL I | A | Int./Div. | J | T | | | | | |
| 24.   -Neuberger Berman Intl ??? | | None | | | Sold | 01/16/20 | J | | |
| 25.   -Schwab US Small-Cap ETF | A | Int./Div. | J | T | | | | | |
| 26.   -SPDR Bloomberg Barclays | A | Int./Div. | J | T | Buy | 03/12/20 | J | | |
| 27.   -T Rowe Price Emerging | | None | | | Sold | 03/12/20 | J | | |
| 28.   -TCW Total Return | A | Int./Div. | J | T | | | | | |
| 29.   -Vanguard Intrmdiate-Term | A | Int./Div. | J | T | | | | | |
| 30.   -Vanguard Short-Term | A | Int./Div. | J | T | | | | | |
| 31.   -Edgewood Growth Fund CL | B | Int./Div. | J | T | Buy | 01/16/20 | J | | |
| 32.   Condominium, Dallas, TX | | None | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stacey G. Jernigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544